NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MOHAMMAD DIB ORABI and )
AIDAH KIRDI, )
)
       Appellants, )
)
v. )    Case No. 2D18-1567
)
AMANI ALNAJJAR, )
)
       Appellee. )
_____)

Opinion filed November 8, 2019.

Appeal from the Circuit Court for
Hillsborough County; Melissa M. Polo,
Judge.

Julian A. Hayes of Law Office of J.A.
Hayes, Tampa, for Appellants.

Neil E. Polster, Lutz, for Appellee.


PER CURIAM.

      Affirmed.


CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.